UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT C. EZEANI, | Case No. 15-CV-3232 (PJS/BRT) |
| Plaintiff, | |
| v. | ORDER |
| GOVERNOR MARK DAYTON,<br>as Governor of Minnesota State, | |
| Defendant. | |

This matter is before the Court on plaintiff Robert Ezeani's objection to the December 7, 2015 Report and Recommendation ("R&R") of Magistrate Judge Becky R. Thorson.  Judge Thorson recommends granting the defendant's motion to dismiss.  The Court has conducted a de novo review.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Based on that review, the Court adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court OVERRULES Ezeani's objection[ ECF No. 16] and ADOPTS the R&R [ECF No. 14].  Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendant's motion to dismiss [ECF No. 4] is GRANTED.

2. Ezeani's complaint [ECF No. 1] is DISMISSED WITH PREJUDICE .

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  December 29, 2015                             s/Patrick J. Schiltz
                                                                            Patrick J. Schiltz
                                                                            United States District Judge